**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 2 | 07-2150 | Carmella R. Adams Bradbury v. C.R. Bard, Inc., et al | CA 07-2060 |
| MINNESOTA | | | | |
| MN | 0 | 07-4429 | Randall Smerud v. Davol, Inc., et al. | CA 07-2061 |
| MN | 0 | 07-4454 | Richard Clevenger v. Davol, Inc., et al. | CA 07-2062 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3747 | Maria Torres v. Davol, Inc., et al. | CA 07-2063 |
| TXS | 4 | 07-3803 | Katrina Ann Howland v. Davol, Inc., et al. | CA 07-2064 |
| TXS | 4 | 07-3804 | Blaine O. Allen v. Davol, Inc., et al. | CA 07-2065 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

# INVOLVED COUNSEL LIST (CTO-11)

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Thomas M. Hoidal
HOIDAL & HANNAH PLC
111 West Monroe Street
Suite 1210
Phoenix, AZ 85003-1732

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Frank Verderame
PLATTNER VERDERAME PC
316 East Flower Street
P.O. Box 36570
Phoenix, AZ 85012

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

# INVOLVED JUDGES LIST (CTO-11)

Hon. Neil Vincent Wake
U.S. District Judge
Sandra Day O'Connor United States Courthouse
401 West Washington Street, Box 52
Phoenix, AZ 85003

Hon. James M. Rosenbaum
Chief Judge, U.S. District Court
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## INVOLVED CLERKS LIST (CTO-11)

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S.
Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010