CLOSED, CV

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:07-cv-04429-JMR-FLN

Smerud v. Davol, Inc. et al
Assigned to: Chief Judge James M. Rosenbaum
Referred to: Magistrate Judge Franklin L. Noel
Demand: $75,000
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 10/30/2007
Date Terminated: 12/27/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Randall Smerud** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 40017272.) assigned to Judge James M Rosenbaum per Master List referred to Magistrate Judge Franklin L Noel., filed by Randall Smerud. (Attachments: # 1 Civil Cover Sheet) (jdf) (Entered: 10/31/2007) |
| 10/30/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (jdf) (Entered: 10/31/2007) |
| 11/26/2007 | 2 | WAIVER OF SERVICE Returned Executed filed by Randall Smerud. Davol, Inc. waiver sent on 11/2/2007, answer due 1/1/2008; C.R. Bard, Inc. waiver sent on 11/2/2007, answer due 1/1/2008. (jam) (Entered: 11/26/2007) |

| | | |
|---|---|---|
| 12/27/2007 | 3 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-11), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (akl) (Entered: 12/28/2007) |
| 12/28/2007 | | NOTICE to Attorney: Case #07-4429 JMR/FLN has been transferred to the District of Rhode Island pursuant to CTO-11. (akl) (Entered: 12/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/07/2008 13:29:23 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:07-cv-04429-JMR-FLN |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |